IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSE RODRIGUEZ,

    **Plaintiff**

v.

ANGELA HOOVER, et al.

    **Defendants.**

3:20-CV-1004
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 4th DAY OF AUGUST, 2020, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 10) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 10) is **ADOPTED** for the reasons stated therein.

2. Plaintiff's action is **DISMISSED** for failure to comply with the Court's Orders and for failure to prosecute this action.[1]

3. The Clerk of Court is directed to **CLOSE** this action.

Robert D. Mariani
United States District Judge

---

[1] Magistrate Judge Carlson's reasoning and conclusion that Plaintiff has failed to prosecute and has abandoned this action is further supported by Plaintiff's failure to file any Objections to the pending R&R since its issuance on July 17, 2020.

    The Court also agrees with the R&R's findings that an application of the *Poulis* factors further supports the dismissal of this action. *See* Doc. 10, at 5–10; *Poulis v. State Farm Fire and Cas. Co.*, 747 F.2d 863 (3d Cir. 1984).